FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GREG SCHNEIDER,                     )   No. CV 13-06690-UA
                                    )
            Plaintiff,              )   ORDER SUMMARILY REMANDING
                                    )   IMPROPERLY-REMOVED ACTION
     v.                             )
                                    )
MELANIE ROBERTS,                    )
                                    )
            Defendant.              )
_____       )

     The Court will remand this "Complaint for Unlawful Detainer -
Amount Does Not Exceed $10,000," Case No. 13U02928, to state court
summarily because Defendant removed it improperly.

     On September 12, 2013, Defendant Melanie Roberts, having been
sued in what appears to be a routine unlawful detainer action in
California state court, lodged a Notice Of Removal of that action to
this Court and also presented an application to proceed in forma
pauperis.  The Court has denied the latter application under separate
cover because the action was not properly removed.  To prevent the
action from remaining in jurisdictional limbo, the Court issues this
Order to remand the action to state court.

     Simply stated, Plaintiff could not have brought this action in

1    federal court in the first place, in that Defendant does not

2    competently allege facts supplying either diversity or federal-

3    question jurisdiction, and therefore removal is improper. 28 U.S.C.

4    § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S.

5    546, 563, 125 S.Ct. 2611 (2005).  Even if complete diversity of

6    citizenship exists, the amount in controversy does not exceed the

7    diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C.

8    §§ 1332, 1441(b).  On the contrary, the unlawful-detainer complaint

9    recites that the amount in controversy does not exceed $10,000. $25,000.

10   Nor does Plaintiff's unlawful detainer action raise any federal

11   legal question.  *See* 28 U.S.C. §§ 1331, 1441(b).

12   Accordingly, **IT IS ORDERED** that (1) this matter be **REMANDED** to

13   the Superior Court of California, Los Angeles County, Stanley Mosk

14   Courthouse, 111 North Hill Street, Los Angeles, California 90012 for

15   lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);

16   (2) that the Clerk send a certified copy of this Order to the state

17   court; and (3) that the Clerk serve copies of this Order on the

18   parties.

19   **IT IS SO ORDERED.**

20

21   DATED: 9/18/13

22                                    HONORABLE GEORGE H. KING
                                      CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

2