UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GREG SCHNEIDER,<br><br>    Plaintiff,<br><br>v.<br><br>MELANIE ROBERTS, et al.,<br><br>    Defendants. | No. CV 13-06690-UA-DUTY<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DENYING PLAINTIFF'S MOTION TO DEEM DEFENDANT A VEXATIOUS LITIGANT AND FOR AN ORDER PREVENTING DEFENDANT FROM FILING ANY REMOVALS |

    Pursuant to 28 U.S.C. §636, the Court has reviewed Plaintiff's Motion to Deem Defendant Melanie Roberts a vexatious litigant and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

    **IT IS THEREFORE ORDERED** that an Order be entered (1) approving the findings of the United States Magistrate Judge, and (2) denying

//
//
//
//
//

```
 1 │ Plaintiff's Motion to Deem Defendant Melanie Roberts a Vexatious
 2 │ Litigant and for an Order Preventing Defendant from filing any
 3 │ Removals without prejudice.
 4 │
 5 │ DATED: 3/5/14                    _____
 6 │                                  GEORGE H. KING
 7 │                                  CHIEF UNITED STATES DISTRICT JUDGE
```